LAWRENCE R. LUTZ ET AL. *v.* MARGARET H. LUTZ
[No. 78, October Term, 1936.]

*Decided January 20th, 1937.*

The cause was submitted on briefs to BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Louis J. Jira* and *Powell Vickers,* for the appellants.

*Harvey C. Bickel* and *Gersh I. Moss,* for the appellee.

URNER, J., delivered the opinion of the Court.